**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Oscar Giovany Echeverria Sagastume
individually and on behalf of other employees
similarly situated, Plaintiff
v.
Fazal Development Network, Inc. dba Subway,
Murad Fazal, and Feroz Fazal, individually,
Defendants

Case No. 1:16-cv-04653

<u>**JOINT STIPULATION OF DISMISSAL**</u>

IT IS HEREBY STIPULATED AND AGREED by the parties and pursuant to Fed. R. Civ.

P. 41(a)(1), that this matter shall be dismissed in its entirety, **without prejudice**, with each party

incurring its own attorneys' fees and costs. On September 9, 2016, absent a motion by either

party to reinstate, the dismissal of this matter shall convert automatically to a dismissal **with**

**prejudice**.

Respectfully submitted,

s/ Valentin T. Narvaez
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646

s/ Kristine S. Phillips
O'Hagan, LLC
One E Wacker Dr Suite 3400
Chicago, IL 60601